**EXHIBIT B**

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 1,922,539
Registered Sep. 26, 1995

## SERVICE MARK
## PRINCIPAL REGISTER



LYONS PARTNERSHIP, L.P. (TEXAS LIMITED PARTNERSHIP)
200 EAST BETHANY DRIVE
ALLEN, TX 75002

FOR: CHILDREN'S ENTERTAINMENT SERVICES IN THE NATURE OF LIVE TELEVISED PERFORMANCES, LIVE THEATRICAL PERFORMANCES, AND LIVE PERSONAL APPEARANCES, BY A COSTUMED CHARACTER, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-11-1990; IN COMMERCE 8-11-1990.

OWNER OF U.S. REG. NOS. 1,782,534, 1,817,909 AND OTHERS.

THE DRAWING OF THE MARK IS LINED FOR THE COLORS GREEN AND PURPLE, AND COLOR IS CLAIMED AS AN ELEMENT OF THE MARK.

SER. NO. 74-504,588, FILED 3-24-1994.

CHERYL BUTLER, EXAMINING ATTORNEY