# EXHIBIT E

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 1,936,475
Registered Nov. 21, 1995

## SERVICE MARK
### PRINCIPAL REGISTER



LYONS PARTNERSHIP, L.P. (TEXAS LIMITED PARTNERSHIP)
200 EAST BETHANY DRIVE
ALLEN, TX 75002

FOR: LIVE THEATRICAL PERFORMANCES AND LIVE PERSONAL APPEARANCES, BY A COSTUMED CHARACTER, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-26-1991; IN COMMERCE 5-26-1991.

THE DRAWING OF THE MARK IS LINED FOR THE COLORS GREEN, PINK, AND PURPLE, AND COLOR IS CLAIMED AS AN ELEMENT OF THE MARK.

SER. NO. 74-504,590, FILED 3-24-1994.

CHERYL BUTLER, EXAMINING ATTORNEY