UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYONS PARTNERSHIP, L.P.; HIT ENTERTAINMENT, INC.; GULLANE (DELAWARE) LLC; and THOMAS LICENSING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GREAT AMERICAN MASQUERADE, GAG, GIFT & GADGET SHOP, INC. D/B/A ABRACADABRA, PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC, ALLEN DALTON, CARRIE FEINER ENTERPRISES, LLC, CARRIE FEINER, AND VINCENT REVERDY D/B/A CONNECTED EVENT CREATION, <br><br> Defendants. | Docket No. 07 CV 7112 <br><br> **RULE 7.1 DISCLOSURE STATEMENT** <br><br> ECF CASE <br> (RJS)(AJP) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for plaintiffs hereby state:

Plaintiff Lyons Partnership, L.P. is wholly indirectly owned by its ultimate U.S. parent, Plaintiff HIT Entertainment, Inc. The general partner of Lyons Partnership, L.P. is Rhenclid, Inc., which is wholly owned by Plaintiff HIT Entertainment, Inc.

Plaintiff Thomas Licensing, LLC is wholly owned by Plaintiff HIT Entertainment, Inc.

Plaintiff Gullane (Delaware) LLC has no U.S. parent corporation.

All plaintiffs are wholly indirectly owned by HIT Entertainment Scottish LP (Scottish), which has no parent corporation.

All of the aforementioned entities are privately held, and no publicly held corporation owns 10% or more of the stock of any of them.

Dated: New York, New York
August 9, 2007

        COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

By: _/s/ Toby Butterfield_____
    Toby M. J. Butterfield
    Matthew A. Kaplan

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Telecopier: (212) 974-8474

Attorneys for Plaintiffs Lyons Partnership, L.P., HIT Entertainment, Inc., Gullane (Delaware) LLC and Thomas Licensing, LLC.