# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

| | |
|---|---|
| LYONS PARTNERSHIP, L.P.; HIT ENTERTAINMENT, INC.; GULLANE (DELAWARE) LLC; and THOMAS LICENSING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN MASQUERADE, GAG, GIFT & GADGET SHOP, INC. D/B/A ABRACADABRA, PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC, ALLEN DALTON, CARRIE FEINER ENTERPRISES, LLC, CARRIE FEINER, CROSS COUNTY CHILDRENS ENTERTAINMENT, INC. D/B/A KID-O-ROBICS , BRUCE K. MOGAVERO, AND VINCENT REVERDY D/B/A CONNECTED EVENT CREATION,<br><br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER<br><br>**'07 CIV 7112** |

TO: (Name and address of Defendant)

> Great American Masquerade, Gag, Gift & Gadget Shop d/b/a Abracadabra
> 19 W. 21st St.
> New York, NY 10010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Toby M. J. Butterfield, Esq.
> Matthew A. Kaplan, Esq.
> COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
> 41 Madison Avenue, 34th Floor
> New York, New York 10010

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature]*

(By) DEPUTY CLERK

AUG 0 9 2007

DATE

{A060381.DOC\1}

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/23/07 |
| NAME OF SERVER *(PRINT)* David A. Betron | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: Returned unexecuted:

☑ Other (specify): Left Copy of Summons & Complaint At Defendant's Place of Business Served Robert Pinnan, Pres.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/23/07        David A. Betron
             Date            *Signature of Server*

                             531 Redwood Dr
                             *Address of Server*
                             Cedarhurst, NY 11516

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

{A060381.DOC\1}