Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LYONS PARTNERSHIP, L.P.; HIT ENTERTAINMENT,
INC.; GULLANE (DELAWARE) LLC; and THOMAS
LICENSING, LLC.

                              Plaintiff,                            Index No.: 07 CIV 7112 (RJS)

                            - against -

GREAT AMERICAN MASQUERADE, GAG, GIFT
& GADGET SHOP, INC. D/B/A ABRACADABRA,
PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC
ALLEN DALTON, CARRIE FEINER ENTERPRISES,
LLC, CARRIE FEINER, CROSS COUNTY CHILDRENS      STIPULATION
ENTERTAINMENT, INC. D/B/A KID-O-ROBICS,               EXTENDING
BRUCE K. MOGAVERO, AND VINCENT REVERDY            TIME TO ANSWER
D/B/A CONNECTED EVENT CREATION.,

                             Defendants.
-----------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time within which defendants Carrie Feiner Enterprises, LLC and Carrie Feiner are to answer, move or otherwise respond to the Complaint herein is extended to September 28, 2007.

Dated: September 11, 2007

| COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP<br>Counsel to Plaintiffs | PICK & ZABICKI LLP<br>Counsel to Carrie Feiner Enterprises, LLC and Carrie Feiner |
|---|---|
| By: _____<br>MATTHEW A. KAPLAN ~~Toby M. J. Butterfield~~, Esq.<br>41 Madison Avenue, 34th Floor<br>New York, New York 10010<br>(212) 974-7474 | By: _____<br>Douglas J. Pick, Esq. (DP-5935)<br>369 Lexington Avenue, 12th Floor<br>New York, New York 10017<br>(212) 695-6000<br>9-12-07 |

F:\WP\DOCS\FEINER-CRTP.EXTND-TIME.wpd

SO ORDERED

[signature]