USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LYONS PARTNERSHIP, L.P.; HIT ENTERTAINMENT,
INC.; GULLANE (DELAWARE) LLC; and THOMAS
LICENSING, LLC,

                Plaintiff,

- against -

GREAT AMERICAN MASQUERADE, GAG, GIFT
& GADGET SHOP, INC. D/B/A ABRACADABRA,
PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC
ALLEN DALTON, CARRIE FEINER ENTERPRISES,
LLC, CARRIE FEINER, CROSS COUNTY CHILDRENS
ENTERTAINMENT, INC. D/B/A KID-O-ROBICS,
BRUCE K. MOGAVERO, AND VINCENT REVERDY
D/B/A CONNECTED EVENT CREATION.,

                Defendants.
-----------------------------------------------------------x

Index No.: 07 CIV 7112 (RJS)

**STIPULATION
EXTENDING
TIME TO ANSWER**

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time within which defendants Carrie Feiner Enterprises, LLC and Currie Feiner are to answer, move or otherwise respond to the Complaint herein is extended to September 28, 2007.

Dated: September 11, 2007

COWAN, DeBAETS, ABRAHAMS
& SHEPPARD LLP
Counsel to Plaintiffs

By: _____
MATTHEW A. KAPLAN Toby M. J. Butterfield, Esq.
41 Madison Avenue, 34th Floor
New York, New York 10010
(212) 974-7474

PICK & ZABICKI LLP
Counsel to Carrie Feiner Enterprises, LLC
and Carrie Feiner

By: _____
Douglas J. Pick, Esq. (DP-5935)
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

9-12-07

SO ORDERED