OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN        District of      NEW YORK

LYONS PARTNERSHIP, L.P.; HIT ENTERTAINMENT, INC.; GULLANE (DELAWARE) LLC; and THOMAS LICENSING, LLC,

           Plaintiffs,

v.

GREAT AMERICAN MASQUERADE, GAG, GIFT & GADGET SHOP, INC. D/B/A ABRACADABRA, PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC, ALLEN DALTON, CARRIE FEINER ENTERPRISES, LLC, CARRIE FEINER, CROSS COUNTY CHILDRENS ENTERTAINMENT, INC. D/B/A KID-O-ROBICS, BRUCE K. MOGAVERO, AND VINCENT REVERDY D/B/A CONNECTED EVENT CREATION,

           Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER

**'07 CIV 7112**

TO: (Name and address of Defendant)

     Carrie Feiner Enterprises, LLC
     73 Fox Meadow Rd
     Scarsdale, NY 10583

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Toby M. J. Butterfield, Esq.
     Matthew A. Kaplan, Esq.
     COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
     41 Madison Avenue, 34th Floor
     New York, New York 10010

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON            AUG 0 9 2007
CLERK                                        DATE

(By) DEPUTY CLERK

{A06038I.DOC\I}

## RETURN OF SERVICE

Service of the Summons and complaint was made by me

DATE: August 27, 2007

NAME OF SERVER (PRINT): Martin Lichtig

TITLE: Process Server

Check one box below to indicate appropriate method of service

- [x] Served personally upon the defendant. Place where served: 73 Fox Meadow Rd, Scarsdale, NY 10583
- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
- [ ] Name of person with whom the summons and complaint were left: Returned unexecuted:
- [ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-29-07

Signature of Server: Martin Lichtig

Address of Server: 3874 Valley view St., Mohegan Lake, NY 10547

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

{A060381.DOC\1}