

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYONS PARTNERSHIP, L.P., et al.,

              Plaintiffs,

v.

GREAT AMERICAN MASQUERADE, GAG,
GIFT & GADGET SHOP INC. D/B/A
ABRACADABRA, et al.,

              Defendants.

---

07 CV 7112 (RJS)

**STIPULATION AND ORDER
EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendants GREAT AMERICAN MASQUERADE, GAG, GIFT & GADGET SHOP INC. D/B/A ABRACADABRA and PAUL BLUM (collectively, the "Defendants") that:

1. The deadline for Defendants to answer or move against the Complaint is extended until Monday, October 15, 2007; and,

2. Defendants agree not to object on the grounds of improper service or lack of jurisdiction.

Dated: September 21, 2007

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

_____
Matthew A. Kaplan, Esq.
Zehra Abdi, Esq.
41 Madison Avenue, 34th Floor
New York, New York 10010
Attorney for Plaintiffs

GAFFIN & MAYO, P.C.

_____
Dudley Gaffin, Esq.
Margaret Mayo, Esq.
225 Broadway, 25th Floor
New York, NY 10007
Attorneys for Defendants, Great American Masquerade, Gag, Gift & Gadget Shop Inc. d/b/a Abracadabra and Paul Blum (Attorneys for defendants for purposes only of entering into this stipulation and for no other purpose at this time.

SO ORDERED

_____
U.S.D.J.
9/24/07