Sullivan, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILE[D]
DOC #: _____
DATE FILED: 9/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
LYONS PARTNERSHIP, L.P.; HIT ENTERTAINMENT,
INC.; GULLANE (DELAWARE) LLC; and THOMAS
LICENSING, LLC,

                       Plaintiff,

- against -

Index No.: 07 CIV 7112 (RJS)

GREAT AMERICAN MASQUERADE, GAG, GIFT
& GADGET SHOP, INC. D/B/A ABRACADABRA,
PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC
ALLEN DALTON, CARRIE FEINER ENTERPRISES,
LLC, CARRIE FEINER, CROSS COUNTY CHILDRENS
ENTERTAINMENT, INC. D/B/A KID-O-ROBICS,
BRUCE K. MOGAVERO, AND VINCENT REVERDY
D/B/A CONNECTED EVENT CREATION,,

**STIPULATION
EXTENDING
TIME TO ANSWER**

                       Defendants.
----------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time within which defendants Carrie Feiner Enterprises, LLC and Carrie Feiner are to answer, move or otherwise respond to the Complaint herein is extended to October 5, 2007.

Dated: September 24, 2007

**COWAN, DeBAETS, ABRAHAMS
& SHEPPARD LLP**
Counsel to Plaintiffs

By: _____
Toby M. J. Butterfield (TB8599)
41 Madison Avenue, 34th Floor
New York, New York 10010
(212) 974-7474

**PICK & ZABICKI LLP**
Counsel to Carrie Feiner Enterprises, LLC
and Carrie Feiner

By: _____
Douglas J. Pick, Esq. (DP-5935)
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

9/27/07