Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

LYONS PARTNERSHIP, L.P., et al.,

      Plaintiffs,

v.

GREAT AMERICAN MASQUERADE, GAG, GIFT AND GADGET SHOP, INC., et al,

      Defendants.

07 CV 7112 (RJS)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

  IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendants CROSS COUNTY CHILDREN'S ENTERTAINMENT, INC. and BRUCE MOGAVERO ("Defendants") that:

1. The deadline for Defendants to answer or move against the Complaint is extended by twenty-three (23) days until October 19, 2007; and,

2. Defendants agree not to object on the grounds of improper service.

Dated: September 27, 2007

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

_____
Matthew A. Kaplan, Esq.
41 Madison Avenue, 34th Floor
New York, New York 10010
Attorney for Plaintiffs

_____
Bruce K. Mogavero, Esq.
6 Xavier Drive, Suite 705
Cross County Center
Yonkers, NY 10704
Attorney for Defendants, Cross County Children's Entertainment, Inc. and Bruce Mogavero

SO ORDERED

_____
U.S.D.J.
10/2/07