*Sullivan, T*

10/03/2007 13:47 FAX 2123532388        CONNECTED

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 10/4/07              │
└─────────────────────────────────┘
```

☑ 002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYONS PARTNERSHIP, L.P., et al.,          :
                                          :
                        Plaintiffs,       :    07 CV 7112 (RJS)
                                          :
            v.                            :    **STIPULATION AND ORDER**
                                          :    **EXTENDING TIME TO ANSWER**
                                          :
GREAT AMERICAN MASQUERADE, GAG,           :
GIFT AND GADGET SHOP, INC., et al,        :
                                          :
                        Defendants.       :

        IT IS HEREBY STIPULATED AND AGREED, by and between counsel for

Plaintiffs and Defendant VINCENT REVERDY dba CONNECTED EVENT CREATION

("Defendant") that:

        1.  The deadline for Defendant to answer or move against the Complaint is extended

            by twelve (12) days until October 15, 2007; and,

        2.  Defendant agrees not to object on the grounds of improper service.

Dated: October 3, 2007

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP


Matthew A. Kaplan, Esq.                    Vincent Reverdy
41 Madison Avenue, 34th Floor
New York, New York 10010
Attorney for Plaintiffs



                                SO ORDERED


                                _____
                                U.S.D.J.
                                10/4/07