UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LYONS PARTNERSHIP, L.P.; HIT ENTERTAINMENT,
INC.; GULLANE (DELAWARE) LLC; and THOMAS
LICENSING, LLC,

                Plaintiffs,                Index No. 07 CIV 7112

   v.

GREAT AMERICAN MASQUERADE, GAG, GIFT
& GADGET SHOP, INC. D/B/A ABRACADABRA,
PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC      **APPEARANCE**
ALLEN DALTON, CARRIE FEINER ENTERPRISES,
LLC, CARRIE FEINER, CROSS COUNTY CHILDRENS
ENTERTAINMENT, INC. D/B/A KID-O-ROBICS,
BRUCE K. MOGAVERO, AND VINCENT REVERDY
D/B/A CONNECTED EVENT CREATION.,

                Defendants.
------------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        The undersigned hereby appears as counsel, *pro bono*, in this case for defendants Carrie Feiner Enterprises, LLC and Carrie Feiner and certifies that its attorneys are admitted to practice before this Court.

Dated:  New York, New York
          October 5, 2007

                                            **PICK & ZABICKI LLP**
                                            Pro-Bono Counsel to Carrie Feiner and
                                            Carrie Feiner Enterprises, LLC

                              By:    **/s/ Douglas J. Pick**
                                            Douglas J. Pick (DP-5935)
                                            369 Lexington Avenue, 12th Floor
                                            New York, New York 10017
                                            (212) 695-6000