UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
LYONS PARTNERSHIP, L.P.; HIT ENTERTAINMENT,
INC.; GULLANE (DELAWARE) LLC; and THOMAS
LICENSING, LLC,

                   Plaintiffs,               Index No. 07 CIV 7112

    v.

GREAT AMERICAN MASQUERADE, GAG, GIFT
& GADGET SHOP, INC. D/B/A ABRACADABRA,
PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC    **RULE 7.1 STATEMENT**
ALLEN DALTON, CARRIE FEINER ENTERPRISES,
LLC, CARRIE FEINER, CROSS COUNTY CHILDRENS
ENTERTAINMENT, INC. D/B/A KID-O-ROBICS,
BRUCE K. MOGAVERO, AND VINCENT REVERDY
D/B/A CONNECTED EVENT CREATION.,

                   Defendants.
-------------------------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Carrie Feiner Enterprises, LLC (a private non-governmental party) certifies that there is no corporate parents for Carrie Feiner Enterprises, LLC, and that there are no publicly held corporations that own 10% or more of the corporate stock of Carrie Feiner Enterprises, LLC.

Dated:  New York, New York
          October 5, 2007

                                                       **PICK & ZABICKI LLP**
                                                       Pro-Bono Counsel to Carrie Feiner and
                                                       Carrie Feiner Enterprises, LLC

                                By:     **/s/ Douglas J. Pick**
                                             Douglas J. Pick (DP-5935)
                                             369 Lexington Avenue, 12th Floor
                                             New York, New York 10017

(212) 695-6000

Case 1:07-cv-07112-RJS    Document 19    Filed 10/05/2007    Page 2 of 2

2