UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

LYONS PARTNERSHIP, L.P.; HIT ENTERTAINMENT,
INC.; GULLANE (DELAWARE) LLC; and THOMAS
LICENSING, LLC,

                Plaintiffs,              Index No. 07 CIV 7112

   v.

GREAT AMERICAN MASQUERADE, GAG, GIFT
& GADGET SHOP, INC. D/B/A ABRACADABRA,
PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC    **AFFIDAVIT OF SERVICE**
ALLEN DALTON, CARRIE FEINER ENTERPRISES,
LLC, CARRIE FEINER, CROSS COUNTY CHILDRENS
ENTERTAINMENT, INC. D/B/A KID-O-ROBICS,
BRUCE K. MOGAVERO, AND VINCENT REVERDY
D/B/A CONNECTED EVENT CREATION.,

                Defendants.
------------------------------------------------------------------------x

STATE OF NEW YORK    )
COUNTY OF NEW YORK  ) ss.:

        Nilda Reyes, being duly sworn, deposes and says:

        I am not a party to the action. I am over the age of eighteen years and reside in Pomona, New York.

        On October 5, 2007, I served that certain Answer, Notice of Appearance and Rule 7.1 Statement upon Toby M. J. Butterfield, Esq., Cowan, DeBaets, Abrahams & Sheppard LLP, 41 Madison Avenue, 34th Floor, New York, New York 10010 by depositing true copies of the same, enclosed in properly addressed envelopes, in a post office depository under the exclusive care and custody of the United States Postal Service within the State of New York for First Class mail delivery.

                                                 /s/ Nilda Reyes
                                             Nilda Reyes

Sworn to before me this
5th day of October, 2007.

    /s/ Douglas J. Pick
Douglas J. Pick
Notary Public, State of New York
No. 31-4758430  Qualified in New York County
Commission Expires February 26, 2011

Case 1:07-cv-07112-RJS    Document 20-6    Filed 10/05/2007    Page 2 of 2