UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| LYONS PARTNERSHIP, L.P., HIT ENTERTAINMENT, INC., GULLANE (DELAWARE) LLC, and THOMAS LICENSING, LLC, : : : : | |
| Plaintiffs, : | Civil Action No.: 07 Civ. 7112<br>Hon. Richard J. Sullivan |
| -against- : | |
| GREAT AMERICAN MASQUERADE, GAG, GIFT & GADGET SHOP, INC. D/B/A ABRACADABRA, PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC, ALLEN DALTON, CARRIE FEINER ENTERPRISES, LLC, CARRIE FEINER, CROSS COUNTY CHILDRENS ENTERTAINMENT, INC. D/B/A KID-O-ROBOTICS, BRUCE K. MOGAVERO, and VINCENT REVERDY D/B/A CONNECTED EVENT CREATION, : : : : : | **APPEARANCE** |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in case for defendants Great American Masquerade, Gag, Gift & Gadget Shop, Inc. d/b/a Abracadabra and Paul Blum.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
October 18, 2007

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.

By: _____
David A. Beke (DB 3482)

Wall Street Plaza
New York, New York 10005-1875
Tel.: (212) 269-4900

Fax: (212) 344-4294
*Attorneys for defendants Great American Masquerade, Gag, Gift & Gadget Shop, Inc. d/b/a Abracadabra and Paul Blum*