UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LYONS PARTNERSHIP, L.P., HIT                :
ENTERTAINMENT, INC., GULLANE
(DELAWARE) LLC, and THOMAS                  :
LICENSING, LLC,
                                            :   Civil Action No.: 07 Civ. 7112
                Plaintiffs,       Hon. Richard J. Sullivan
                                            :
    -against-
                                            :
GREAT AMERICAN MASQUERADE, GAG,                 **APPEARANCE**
GIFT & GADGET SHOP, INC. D/B/A              :
ABRACADABRA, PAUL BLUM, ALLEN
DALTON PRODUCTIONS, LLC, ALLEN              :
DALTON, CARRIE FEINER ENTERPRISES,
LLC, CARRIE FEINER, CROSS COUNTY            :
CHILDRENS ENTERTAINMENT, INC. D/B/A
KID-O-ROBOTICS, BRUCE K. MOGAVERO,          :
and VINCENT REVERDY D/B/A
CONNECTED EVENT CREATION,                   :

                Defendants.       :
------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in case for defendants Great American Masquerade, Gag, Gift & Gadget Shop, Inc. d/b/a Abracadabra and Paul Blum.

    I certify that I am admitted to practice in this Court.

Dated:  New York, New York
          October 18, 2007

                                  FORD MARRIN ESPOSITO WITMEYER
                                   & GLESER, L.L.P.

                                By: _____
                                      Alfred L. D'Isernia (AD 9700)
                                Wall Street Plaza
                                New York, New York 10005-1875
                                Tel.: (212) 269-4900
                                Fax: (212) 344-4294

*Attorneys for defendants Great American Masquerade, Gag, Gift & Gadget Shop, Inc. d/b/a Abracadabra and Paul Blum*

157491                                            2