UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LYONS PARTNERSHIP, L.P., HIT          :
ENTERTAINMENT, INC., GULLANE
(DELAWARE) LLC, and THOMAS            :
LICENSING, LLC,
                                      :   Civil Action No.: 07 Civ. 7112
          Plaintiffs,                     Hon. Richard J. Sullivan
                                      :
     -against-
                                      :

GREAT AMERICAN MASQUERADE, GAG,           **APPEARANCE**
GIFT & GADGET SHOP, INC. D/B/A        :
ABRACADABRA, PAUL BLUM, ALLEN
DALTON PRODUCTIONS, LLC, ALLEN        :
DALTON, CARRIE FEINER ENTERPRISES,
LLC, CARRIE FEINER, CROSS COUNTY      :
CHILDRENS ENTERTAINMENT, INC. D/B/A
KID-O-ROBOTICS, BRUCE K. MOGAVERO,    :
and VINCENT REVERDY D/B/A
CONNECTED EVENT CREATION,             :

          Defendants.                 :
------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in case for defendants Great American Masquerade, Gag, Gift & Gadget Shop, Inc. d/b/a Abracadabra and Paul Blum.

    I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        October 18, 2007

                                FORD MARRIN ESPOSITO WITMEYER
                                    & GLESER, L.L.P.

                              By: _____
                                  David A. Beke (DB 3482)

                              Wall Street Plaza
                              New York, New York 10005-1875
                              Tel.:  (212) 269-4900

Fax: (212) 344-4294
*Attorneys for defendants Great American Masquerade, Gag, Gift & Gadget Shop, Inc. d/b/a Abracadabra and Paul Blum*

157492                                    2