UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYONS PARTNERSHIP, L.P., et al.,

                Plaintiffs,

v.

GREAT AMERICAN MASQUERADE, GAG,
GIFT AND GADGET SHOP, INC., et al,

                Defendants.

07 CV 7112 (RJS)

**STIPULATION AND ORDER
EXTENDING TIME TO ANSWER**

---

WHEREAS, the parties previously agreed to extend the time for Defendants ALLEN DALTON PRODUCTIONS, LLC and ALLEN DALTON (the "Allen Dalton Defendants") to answer or otherwise respond to the Complaint until October 19, 2007;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendants that:

1. The deadline for the Allen Dalton Defendants to answer or otherwise respond to the Complaint is extended to November 2, 2007; and

2. Defendants agree not to object on the grounds of improper service, venue or lack of personal jurisdiction.

Dated: New York, New York
October 19, 2007

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

_____
Matthew A. Kaplan, Esq.
41 Madison Avenue, 34th Floor
New York, New York 10010
*Attorneys for Plaintiffs*

MATALON & SHWEKY, PLLC

_____
Joseph L. Matalon, Esq.
450 7th Ave, Suite 1409
New York, NY 10018
*Attorneys for Defendants Allen Dalton
Productions, LLC. and Allen Dalton*

SO ORDERED.

_____
U.S.D.J.
10/22/07