Sullivan, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
LYONS PARTNERSHIP, L.P., et al.,

                Plaintiffs,  :   Civil Action No.: 07 Civ. 7112 (RJS)

       -against-            :   **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

GREAT AMERICAN MASQUERADE,
GAG, GIFT & GADGET SHOP, INC.
D/B/A ABRACADABRA, et al.,

                Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs LYONS PARTNERSHIP, L.P., HIT ENTERTAINMENT, INC., GULLANE (DELAWARE) L.L.C., and THOMAS LICENSING, L.L.C. and Defendants GREAT AMERICAN MASQUERADE, GAG GIFT & GADGET SHOP, INC. D/B/A ABRACADABRA and PAUL BLUM (collectively, the "Defendants") that Defendants' time to respond to the Complaint is hereby extended to October 31, 2007.

Dated: October 15, 2007

COWAN, DEBAETS, ABRAHAMS
  & SHEPARD LLP

By: _____
    Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010

156980.1

FORD MARRIN ESPOSITO WITMEYER
  & GLESER, L.L.P.

By: _____
    Alfred L. D'Isernia

Wall Street Plaza
New York, New York 10005-1875

SO ORDERED
Dated: 10/24/07

_____
RICHARD J. SULLIVAN
U.S.