UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LYONS PARTNERSHIP, L.P., HIT                    :
ENTERTAINMENT, INC., GULLANE
(DELAWARE) LLC, and THOMAS                      :
LICENSING, LLC,
                                                :    Civil Action No.: 07 Civ. 7112
                         Plaintiffs,                 Hon. Richard J. Sullivan
                                                :    ECF CASE
            -against-
                                                :

GREAT AMERICAN MASQUERADE, GAG,                      **RULE 7.1 STATEMENT**
GIFT & GADGET SHOP, INC. D/B/A                  :
ABRACADABRA, PAUL BLUM, ALLEN
DALTON PRODUCTIONS, LLC, ALLEN                  :
DALTON, CARRIE FEINER ENTERPRISES,
LLC, CARRIE FEINER, CROSS COUNTY               :
CHILDRENS ENTERTAINMENT, INC. D/B/A
KID-O-ROBOTICS, BRUCE K. MOGAVERO,             :
and VINCENT REVERDY D/B/A
CONNECTED EVENT CREATION,                       :

                         Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate

Judges of the Courts to evaluate possible disqualification or recusal, the undersigned counsel for

defendants Great American Masquerade, Gag, Gift & Gadget Shop, Inc. d/b/a Abracadabra ("Great

American") (private non-governmental parties) certifies that there is no corporate parents for Great

American, and that there are no publically held corporations that own 10% or more of the corporate

stock of Great American.

Dated: New York, New York
October 31, 2007


157444.1

**FORD MARRIN ESPOSITO WITMEYER**
**& GLESER, L.L.P.**


By _____
            David A. Beke (DB 3482)
            Alfred L. D'Isernia (AD 9700)

Wall Street Plaza
New York New York 10005-1875
Tel.: (212) 269-4900
*Attorneys for Defendants Great American*
*Masquerade, Gag, Gift & Gadget Shop, Inc. d/b/a*
*Abracadabra and Paul Blum*

157444.1                          -2-