```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYONS PARTNERSHIP, L.P., et al.,

                 Plaintiffs,

    v.

GREAT AMERICAN MASQUERADE, GAG,
GIFT AND GADGET SHOP, INC., et al,

                 Defendants.

07 CV 7112 (RJS)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

---

        IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendants ALLEN DALTON PRODUCTIONS, LLC and ALLEN DALTON (the "Allen Dalton Defendants") that the deadline for the Allen Dalton Defendants to answer or otherwise respond to the Complaint is extended to November 16, 2007.

Dated: New York, New York
         November 2, 2007

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

_____
Matthew A. Kaplan, Esq.
41 Madison Avenue, 34th Floor
New York, New York 10010
*Attorneys for Plaintiffs*

MATALON & SHWEKY, PLLC

_____
Joseph L. Matalon, Esq.
450 7th Ave, Suite 1409
New York, NY 10018
*Attorneys for Defendants Allen Dalton Productions, LLC. and Allen Dalton*

SO ORDERED

_____
U.S.D.J.
11/2/07