*Sullivan, J*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LYONS PARTNERSHIP, L.P., HIT
ENTERTAINMENT, INC., GULLANE
(DELAWARE) LLC, and THOMAS
LICENSING, LLC,

              Plaintiffs,

-against-

GREAT AMERICAN MASQUERADE, GAG,
GIFT & GADGET SHOP, INC. D/B/A
ABRACADABRA, PAUL BLUM, ALLEN
DALTON PRODUCTIONS, LLC, ALLEN
DALTON, CARRIE FEINER ENTERPRISES,
LLC, CARRIE FEINER, CROSS COUNTY
CHILDRENS ENTERTAINMENT, INC. D/B/A
KID-O-ROBOTICS, BRUCE K. MOGAVERO,
and VINCENT REVERDY D/B/A
CONNECTED EVENT CREATION,

              Defendants.
------------------------------------X

Civil Action No.: 07 Civ. 7112
Hon. Richard J. Sullivan

**SUBSTITUTION
OF COUNSEL**

IT IS HEREBY CONSENTED THAT the law firm of Ford Marrin Esposito Witmeyer & Gleser, LLP, Wall Street Plaza, New York, New York 10005 has been substituted as attorneys of record for the defendant Great American Masquerade, Gag, Gift & Gadget Shop, Inc. d/b/a Abracadabra and Paul Blum in the above-entitled action in place and instead of the law firm of Gaffin & Mayo, P.C. as of the date hereof.

Dated: New York, New York
      October 26, 2007

**PAUL BLUM**

By: [signature]

Paul Blum

Dated: New York, New York
      October ___, 2007

**GREAT AMERICAN GAG, GIFT & GADGET
SHOP, INC. D/B/A ABRACADABRA**

By: _____

Robert Pinzone, President

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LYONS PARTNERSHIP, L.P., HIT          :
ENTERTAINMENT, INC., GULLANE
(DELAWARE) LLC, and THOMAS            :
LICENSING, LLC,
                                      :   Civil Action No.: 07 Civ. 7112
            Plaintiffs,               :   Hon. Richard J. Sullivan

                                      :
       -against-
                                      :

GREAT AMERICAN MASQUERADE, GAG,           **SUBSTITUTION**
GIFT & GADGET SHOP, INC. D/B/A        :   **OF COUNSEL**
ABRACADABRA, PAUL BLUM, ALLEN
DALTON PRODUCTIONS, LLC, ALLEN        :
DALTON, CARRIE FEINER ENTERPRISES,
LLC, CARRIE FEINER, CROSS COUNTY      :
CHILDRENS ENTERTAINMENT, INC. D/B/A
KID-O-ROBOTICS, BRUCE K. MOGAVERO,    :
and VINCENT REVERDY D/B/A
CONNECTED EVENT CREATION,             :

            Defendants.               :
------------------------------------X

IT IS HEREBY CONSENTED THAT the law firm of Ford Marrin Esposito Witmeyer & Gleser, LLP, Wall Street Plaza, New York, New York 10005 has been substituted as attorneys of record for the defendant Great American Masquerade, Gag, Gift & Gadget Shop, Inc. d/b/a Abracadabra and Paul Blum in the above-entitled action in place and instead of the law firm of Gaffin & Mayo, P.C. as of the date hereof.

Dated: New York, New York            Dated: New York, New York
       October ___, 2007                    October ___, 2007

PAUL BLUM                            GREAT AMERICAN GAG, GIFT & GADGET
                                     SHOP, INC. D/B/A ABRACADABRA

By:_____         By:_/s/ Robert Pinzone_____
Paul Blum                            Robert Pinzone, President

Dated: New York, New York  
      October 22, 2007

Dated: New York, New York  
      October 26, 2007

GAFFIN & MAYO, P.C.

By: _____  
     Dudley Gaffin, Esq.

225 Broadway, 25th Floor  
New York, New York 10007  
Tel.: (212) 962-5757  
*Outgoing Counsel*

FORD MARRIN ESPOSITO WITMEYER  
  & GLESER, L.L.P.

By: _____  
     Alfred L. D'Isernia (AD 9700)

Wall Street Plaza  
New York, New York 10005-1875  
Tel.: (212) 269-4900  
*Incoming Counsel*

SO ORDERED

_____  
U.S.D.J.