**MATALON & SHWEKY PLLC**
**Joseph Lee Matalon (JM-6117)**
**Barbara R. Shweky (BRS-7200)**
**450 Seventh Avenue, Suite 1409**
**New York, New York 10123**
**(212) 244-9000**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
**LYONS PARTNERSHIP, L.P., et al.,**

                              **Plaintiffs,**                    **07 CV 7112 (RSJ)**


             **-against-**                          **F.R.Civ.P. 7.1 STATEMENT**


**GREAT AMERICAN MASQUERADE, GAG,**
**GIFT & GADGET SHOP, INC. D/B/A**
**ABRACADABRA, et al.,**
                              **Defendants.**
------------------------------------------------------------------------X

Defendant Allen Dalton Productions, LLC, a non-governmental corporate entity, hereby

states, pursuant to F.R.Civ.P. 7.1, that it has no parent corporation, and that there are no publicly

held corporations which own 10% or more of its membership interests.

Dated: November 2, 2007



                                        MATALON & SHWEKY PLLC

                                        By:  _____**S/**_____
                                             Joseph Lee Matalon (JLM-6117)
                                             Barbara R. Shweky (BRS-7200)
                                             450 Seventh Avenue, Suite 1409
                                             New York, New York 10123
                                             (212) 244-9000
                                             *Attorneys for Defendants*
                                             *Allen Dalton Productions, LLC and*
                                             *Allen Dalton*