Douglas J. Pick (DP-5935)
Eric C. Zabicki (EZ-0763)
Counsel to Defendants Carrie Feiner
and Carrie Feiner Enterprises, LLC
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000
dpick@picklaw.net

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
LYONS PARTNERSHIP, L.P.; HIT ENTERTAINMENT,
INC.; GULLANE (DELAWARE) LLC; and THOMAS
LICENSING, LLC,

                    Plaintiffs,                    Index No. 07 CIV 7112

    v.

GREAT AMERICAN MASQUERADE, GAG, GIFT
& GADGET SHOP, INC. D/B/A ABRACADABRA,
PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC
ALLEN DALTON, CARRIE FEINER ENTERPRISES,
LLC, CARRIE FEINER, CROSS COUNTY CHILDRENS
ENTERTAINMENT, INC. D/B/A KID-O-ROBICS,
BRUCE K. MOGAVERO, AND VINCENT REVERDY
D/B/A CONNECTED EVENT CREATION.,

                    Defendants.
-----------------------------------------------------------------------------x

**INITIAL DISCLOSURES PURSUANT TO
BANKRUPTCY RULE 7026(a)(1)**

Defendants Carrie Feiner and Carrie Feiner Enterprises, LLC (collectively, the "Defendants"), by and through their undersigned counsel, makes the following initial disclosures, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure made applicable to this proceeding by Rule 7026(a)(1) of the Federal Rules of Bankruptcy Procedure, to plaintiffs Lyons Partnership, L.P.;HIT Entertainment, Inc.; Gullane (Delaware) LLC; and Thomas Licensing, LLC, (collectively, the "Plaintiffs"). The responses contained

herein are made on the basis of the information known to the Defendants at this time. The Defendants' investigation, discovery and preparation for trial are continuing and all responses are given without prejudice to his right to supplement these initial disclosures with facts or information subsequently discovered.

## DISCLOSURES

I.      **Rule 26(a)(1)(A)(i)**

Individuals likely to have discoverable information relevant to the subject matter of this action and other individuals whom the Defendants may rely upon to support its claims or defenses, along with said individuals' last known contact address and telephone number (if known), include:

> Carrie Feiner
> 73 Fox Meadow Road
> Scarsdale, New York 10583

II.     **Rule 26(a)(1)(A)(ii)**

Copies of all documents, data, compilations and tangible things that are in the possession, custody and control of the Defendants and that the Defendants may use to support its claims or defenses will be made available at:

> Pick & Zabicki LLP
> 369 Lexington Avenue, 12th Floor
> New York, New York 10017

as is required according to the rules governing discovery.

III.    **Rule 26(a)(1)(A)(iii)**

At this time, the Defendants are unable to definitively calculate the amounts by which they have been damaged on account of the facts and circumstances alleged in the Complaint. The Defendants shall state such amounts once they become known (and liquidated) through the discovery

process.

The Defendants reserve the right to interpose claims for damages in this litigation at any time prior to trial as permitted by law.

**IV.    Rule 26(a)(1)(iv)**

The Defendants have no insurance providing coverage for any aspect of this litigation.

Dated:  New York, New York
        March 14, 2008

                                          **PICK & ZABICKI LLP**
                                          Counsel to Defendants Carrie Feiner
                                          and Carrie Feiner Enterprises, LLC

By:    /s/ Douglas J. Pick
Douglas J. Pick (DP-5935)
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

TO:    Matthew A. Kaplan, Esq.
       Cowan, DeBaets, Abrahams & Sheppard LLP
       Counsel to Plaintiffs
       41 Madison Avenue, 34th Floor
       New York, New York 10010
       (212) 974-7474

F:\Nilda2\WPDOCS\FEINER-C\RULE 26(a)DISCLOSURES.wpd