UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

LYONS PARTNERSHIP, L.P.; HIT ENTERTAINMENT,
INC.; GULLANE (DELAWARE) LLC; and THOMAS
LICENSING, LLC,

                Plaintiffs,                Index No. 07 CIV 7112

   v.

GREAT AMERICAN MASQUERADE, GAG, GIFT
& GADGET SHOP, INC. D/B/A ABRACADABRA,
PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC    **AFFIDAVIT OF SERVICE**
ALLEN DALTON, CARRIE FEINER ENTERPRISES,
LLC, CARRIE FEINER, CROSS COUNTY CHILDRENS
ENTERTAINMENT, INC. D/B/A KID-O-ROBICS,
BRUCE K. MOGAVERO, AND VINCENT REVERDY
D/B/A CONNECTED EVENT CREATION.,

                Defendants.
-------------------------------------------------------------------------------x

STATE OF NEW YORK    )
COUNTY OF NEW YORK  ) ss.:

        Nilda Reyes, being duly sworn, deposes and says:

        I am not a party to the action.  I am over the age of eighteen years and reside in Pomona, New York.

        On March 14, 2008, I served that certain Initial Disclosures Pursuant to Bankruptcy Rule 7026(a)(1) upon Matthew A. Kaplan, Esq., Cowan, DeBaets, Abrahams & Sheppard LLP, 41 Madison Avenue, 34th Floor, New York, New York 10010 by depositing a true copy of the same, enclosed in properly addressed envelope, in a post office depository under the exclusive care and custody of the United States Postal Service within the State of New York for First Class mail delivery.

                                                  **/s/ Nilda Reyes**
                                                  NILDA REYES

Sworn to before me this
14th day of March, 2008.

    **/s/ Douglas J. Pick**
Douglas J. Pick
Notary Public, State of New York
No. 02PI4758430  Qualified in New York County
Commission Expires February 26, 2011

Case 1:07-cv-07112-RJS    Document 37-2    Filed 03/14/2008    Page 2 of 2