# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

LYONS PARTNERSHIP, L.P.; HIT ENTERTAINMENT, INC.; GULLANE (DELAWARE) LLC; and THOMAS LICENSING, LLC,

    Plaintiffs,

v.

GREAT AMERICAN MASQUERADE, GAG, GIFT & GADGET SHOP INC. D/B/A ABRACADABRA, PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC, ALLEN DALTON, CARRIE FEINER ENTERPRISES, LLC, CARRIE FEINER, CROSS COUNTY CHILDRENS ENTERTAINMENT, INC. D/B/A KID-O-ROBICS, BRUCE K. MOGAVERO, AND VINCENT REVERDY D/B/A CONNECTED EVENT CREATION,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER   07 CV 7112

TO: (Name and address of Defendant)

    Bruce K. Mogavero
    6 Upper Mall Walk
    Yonkers, NY 10704

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Toby M.J. Butterfield, Esq.
    Matthew A. Kaplan, Esq.
    COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
    41 Madison Avenue, 34th Floor
    New York, New York 10010

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   AUG 0 9 2007

{A060357.DOC\3}

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE September 6, 2007 |
| NAME OF SERVER (PRINT) Martin Lichtit | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Returned unexecuted: Tanya "Doe"

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9.9.07
                Date

Signature of Server

3814 Valleyview St Mohegan Lake, NY
Address of Server

<sup>(1)</sup> As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

{A060381.DOC\1}

| | |
|---|---|
| STATE OF NEW YORK | U.S. DISTRICT EASTERN |
| COUNTY OF | KINGS |

Index #: 07 CIV 7112  Return Date:
Date Filed: 8/9/2007  Part #
Invoice Work Order #: B18357  Room #
Time:  Attnys File #:

Attorney: A109 COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP, 41 MADISON AVE., 34TH FLR., NEW YORK, NY 10010 (212) 974-7474

LYONS PARTNERSHIP, L.P.; HIT ENTERTAINMENT, INC. GULLANE (DELAWARE) LLC; AND THOMAS LICENSING, LLC

VS

Plaintiff(s) Petitioner(s)

GREAT AMERICAN MASQUERADE, GAG, GIFT & GADGET SHOP, INC. D/B/A ABRACADABRA ET AL

Defendant(s) Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.

MARTIN LICHTIG, being duly sworn deposes and says: Deponent is not a party herein, is over 18 Years of age and resides in The State of NEW YORK ON: September 6, 2007 At 2:45 p.m.

At: 6 UPPER MALL WALK, YONKERS, NY 10704

deponent served the within Summons and Complaint on: BRUCE K. MOGAVERO

Witness/defendant/respondent therein named

**A. INDIVIDUAL** [ ]
By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person in said writ. (A fee of __ pursuant to CPLR Section 8001, was tenderered to witness)

**B. CORPORATION** [ ]
By delivering to and leaving with __ and that he knew the person So served to be the Managing Agent of the corporation, and authorized to accept service (A fee of __ pursuant to CPLR Section 8001 was tendered to witness)

**C. SUITABLE AGE PERSON** [X]
Service was made in the following manner after deponent was unable with due diligence to serve witness/defendant in person: By delivering a true copy of each to TANYA "DOE" a person of suitable age and discretion. Said premises is defendant/respondent { X } actual place of business { } dwelling house (usual place of abode) within the state. (A fee of __ pursuant to CPLR section 8001, was tendered to the witness.)

**D. AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is defendant/respondent/witness: { } actual place of business { } dwelling house (place of abode) within the state. (A fee of __ pursuant to CPLR section 8001, was tendered to the witness.)

**E. MAILING Use with C or D** [X]
on SEPTEMBER 7, 2007 deponent completed service by depositing a true copy of each document to the above address in 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

[ ] Last known residence
[X] Last known place of business (additional endorsement of Personal and Confidental on face of envelope.)
[ ] RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

**F. PREVIOUS ATTEMPTS Use with D** [ ]
Deponent previously attempted to serve the above named defendant/respondent on below dates and times:
on the __ day of __ year __ at __
on the __ day of __ year __ at __
on the __ day of __ year __ at __

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANTS IS AS FOLLOWS.

**G. DESCRIPTION** [X]
Sex: female  Color of skin: white  Color of hair: Brown  Age: 25  Height: 5'0"  Weight: 160
Other Features: __

**MILITARY SERVICE** [X]
Deponent asked the person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not. Defendant wore ordinary civilian clothes and no military uniform.

Sworn to before me on OCTOBER 17, 2007

Server: _/s/ Martin Lichtig_

Notary
LOIS LUCIERE
NOTARY PUBLIC, State of New York No 01LU5055449 Qualified in Nassau County Commission Expires 2/12/2010

MARTIN LICHTIG

COUNTRYWIDE PROCESS SERVICE INC. P.O. BOX 27 Cedarhurst, N.Y. 11516 (516) 374-5143 Fax (516) 374-5146