UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYONS PARTNERSHIP, L.P. AND HIT ENTERTAINMENT, INC., GULLANE (DELAWARE) LLC and THOMAS LICENSING, LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN MASQUERADE, GAG, GIFT & GADGET SHOP, INC DBA ABRACADABRA, PAUL BLUM, ALLEN DALTON PRODUCTIONS, LLC, ALLEN DALTON, CARRIE FEINER ENTERPRISES, LLC, CARRIE FEINER, CROSS COUNTY CHILDREN'S ENTERTAINMENT, INC. D/B/A KID-O-ROBOTICS, BRUCE K. MOGAVERO, AND VINCENT REVERDY D/B/A CONNECTED EVENT CREATION,<br><br>                Defendants | 07 cv 7112 (RJS) |

### REQUEST TO ENTER DEFAULT

TO:    J. MICHAEL McMAHON, CLERK
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK

       Plaintiffs Lyons Partnership, L.P., HIT Entertainment, Inc., Gullane (Delaware) LLC and Thomas Licensing, LLC, by and through their undersigned attorneys, hereby request that default be entered against Defendants CROSS COUNTY CHILDREN'S ENTERTAINMENT, INC. d/b/a KID-O-ROBOTICS and BRUCE K. MOGAVERO, pursuant to Fed. R. Civ. P. 55(a) for failure to appear, answer or otherwise respond to the Complaint filed and served in this action, as fully appears from the court file herein and from the attached Declaration of Matthew A. Kaplan.

       A proposed Clerk's Certificate is submitted herewith.

{A061604.DOC/2}

Dated:   New York, New York         COWAN, DEBAETS, ABRAHAMS
         March 19, 2008                    & SHEPPARD LLP

By: _____
       Toby M.J. Butterfield
       Matthew A. Kaplan
       *Attorneys for Plaintiffs*

{A061604.DOC/2}