## PROOF OF SERVICE

John B. Bockwoldt, being duly sworn, deposes and states as follows:

1.  The statements made herein are true of my own personal knowledge.  If called upon to testify, I could and would testify competently thereto.

2.  I am employed in the County of New York, State of New York.  I am over the age of 18 and not a party to this action.  My business address is 41 Madison Avenue, 34th Floor, New York, New York 10010.

3.  On March 19, 2008, I served the attached **REQUEST FOR ENTRY OF DEFAULT, DECLARATION OF MATTHEW A. KAPLAN** and **CLERK'S CERTIFICATE** of plaintiffs Lyons Partnership, L.P., HIT Entertainment, Inc., Gullane (Delaware) LLC and Thomas Licensing, LLC by Federal Express upon:

> Bruce K. Mogavero
> 6 Xavier Drive, Suite 705
> Cross County Center
> Yonkers, New York 10704

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at New York, New York on this 19th day of March, 2008.

JOHN B. BOCKWOLDT