**PROOF OF SERVICE**

John B. Bockwoldt, being duly sworn, deposes and states as follows:

1. The statements made herein are true of my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to this action. My business address is 41 Madison Avenue, 34th Floor, New York, New York 10010.

3. On March 19, 2008, I served the attached **REQUEST FOR ENTRY OF DEFAULT, DECLARATION OF MATTHEW A. KAPLAN** and **CLERK'S CERTIFICATE** of plaintiffs Lyons Partnership, L.P., HIT Entertainment, Inc., Gullane (Delaware) LLC and Thomas Licensing, LLC by Federal Express upon:

    Bruce K. Mogavero
    6 Xavier Drive, Suite 705
    Cross County Center
    Yonkers, New York 10704

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at New York, New York on this 19th day of March, 2008.

_____
JOHN B. BOCKWOLDT