Sullivan, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYONS PARTNERSHIP, L.P., et al.,

            Plaintiffs,

v.

GREAT AMERICAN MASQUERADE, GAG,
GIFT AND GADGET SHOP, INC., et al,

            Defendants.

07 CV 7112 (RJS)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendants CROSS COUNTY CHILDREN'S ENTERTAINMENT, INC. and BRUCE MOGAVERO ("Defendants") that:

1. The deadline for Defendants to answer or move against the Complaint is extended by twenty-three (23) days until October 19, 2007; and,

2. Defendants agree not to object on the grounds of improper service.

Dated: September 27, 2007

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

_____
Matthew A. Kaplan, Esq.
41 Madison Avenue, 34th Floor
New York, New York 10010
Attorney for Plaintiffs

_____
Bruce K. Mogavero, Esq.
6 Xavier Drive, Suite 705
Cross County Center
Yonkers, NY 10704
Attorney for Defendants, Cross County
Children's Entertainment, Inc. and Bruce
Mogavero

SO ORDERED

_____
U.S.D.J.

10/2/07