FROM LAW OFFICE OF BRUCE MOGAVERO, P.C. PC    (FRI)OCT 19 2007 15:01/ST. 15:00/NO. 6365752440 P 1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYONS PARTNERSHIP, L.P., et al.,

                Plaintiffs,

v.

GREAT AMERICAN MASQUERADE, GAG,
GIFT AND GADGET SHOP, INC., et al.,

                Defendants.

07 CV 7112 (RJS)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

        IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendants CROSS COUNTY CHILDREN'S ENTERTAINMENT, INC. and BRUCE MOGAVERO ("Defendants") that the deadline for Defendants to answer or otherwise respond to the Complaint is extended by two (2) weeks until November 2, 2007.

Dated: October 19, 2007

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

_____
Matthew A. Kaplan, Esq.
41 Madison Avenue, 34th Floor
New York, New York 10010
*Attorney for Plaintiffs*

_____
Bruce K. Mogavero, Esq.
6 Xavier Drive, Suite 705
Cross County Center
Yonkers, NY 10704
*Attorney for Defendants Cross County Children's Entertainment, Inc. and Bruce Mogavero*

SO ORDERED

_____
U.S.D.J.
10/22/07