UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYONS PARTNERSHIP, L.P. AND HIT ENTERTAINMENT,
INC., GULLANE (DELAWARE) LLC and THOMAS
LICENSING, LLC,

                    Plaintiffs,

          v.                                                    07 cv 7112 (RJS)

GREAT AMERICAN MASQUERADE, GAG, GIFT & GADGET
SHOP, INC DBA ABRACADABRA, PAUL BLUM, ALLEN
DALTON PRODUCTIONS, LLC, ALLEN DALTON, CARRIE
FEINER ENTERPRISES, LLC, CARRIE FEINER, CROSS
COUNTY CHILDREN'S ENTERTAINMENT, INC.
D/B/A KID-O-ROBOTICS, BRUCE K. MOGAVERO, AND
VINCENT REVERDY D/B/A CONNECTED EVENT
CREATION,

                    Defendants

## CLERK'S CERTIFICATE

I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern
District of New York, do hereby certify that this action commenced on August 9, 2007 with the
filing of a Summons and Complaint.

I further certify that:

1.     Defendant CROSS COUNTY CHILDREN'S ENTERTAINMENT, INC.
       ("Cross County") was served on September 6, 2007 by delivering a copy
       of the Summons and Complaint to Tanya "Doe", a person of suitable age
       and discretion, at 6 Upper Mall Walk, Yonkers, New York 10704; and

2.     Defendant BRUCE K. MOGAVERO ("Mogavero," and together with
       Cross County, the "Cross County Defendants") was served with a copy of
       the Summons and Complaint at his place of business on September 6,
       2007, by delivering a copy to Tanya "Doe", a person of suitable age and

discretion, at 6 Upper Mall Walk, Yonkers, New York 10704 and that on September 7, 2007, the Process Server mailed a copy of the Summons and Complaint by first class mail to defendant Mogavero at the same address; and

3.    Proof of such service upon said Defendants was filed on September 18, 2007; and

4.    Plaintiffs and the Cross County Defendants entered into a stipulation extending the time for the Cross County Defendants to Answer until October 19, 2007.  In the stipulation, the Cross County Defendants waived any objection on the grounds of improper service.  The Court "So Ordered" this stipulation on October 3, 2007.

5.    Plaintiffs and the Cross County Defendants entered into a stipulation further extending the time for the Cross County Defendants to Answer until November 2, 2007.  The Court "So Ordered" this stipulation on October 22, 2007.

6.    No further extensions of time to answer filed by the parties.

I further certify that the docket entries indicate that Defendants have not filed an answer or otherwise moved with respect to the Complaint herein.  The default of the Defendants is hereby noted.

Dated: New York, New York
       March ___, 2008

**J. MICHAEL McMAHON**
Clerk of the Court

By: _____
                Deputy Clerk

{A061603.DOC/1}