```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYONS PARTNERSHIP, L.P., ET AL

                        **Plaintiff,**

-v-

GREAT AMERICAN MASQUERADE,
GAG, GIFT & GADGET SHOP, INC.
*DOING BUSINESS AS*
ABRACADABRA, ET AL,

                        **Defendants.**

Case No. 07-CV-07112(RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

      The conference previously scheduled for **March 14, 2008 is hereby adjourned to April 4, 2008 at 4pm.**

**Counsel for the Plaintiff shall notify all parties.**

SO ORDERED.
DATED:
New York, New York  April 1, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE