```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**LYONS PARTNERSHIP, L.P., ET AL**

**Plaintiff,**

-v-

**GREAT AMERICAN MASQUERADE,
GAG, GIFT & GADGET SHOP, INC.
*DOING BUSINESS AS*
ABRACADABRA, ET AL,**

**Defendants.**

Case No. 07-CV-07112(RJS)

<u>ORDER</u>
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Peck for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

   Particular Motion:_____

   All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED:   New York, New York
            April 8, 2008

RICHARD J. SULLIVAN
United States District Judge