UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

LYONS PARTNERSHIP, L.P.; HIT ENTERTAIN-
MENT, INC.; GULLANE DELAWARE LLC &
THOMAS LICENSING, LLC,

                Plaintiffs,

           -against-

GREAT AMERICAN MASQUERADE, GAG, GIFT
& GADGET SHOP, INC. d/b/a Abracadabra;
PAUL BLUM; ALLEN DALTON PRODUCTION,
LLC; ALLEN DALTON; CARRIE FEINER
ENTERPRISES LLC; CARRIE FEINER; CROSS
COUNTY CHILDRENS ENTERTAINMENT, INC.
d/b/a Kid-O-Robics; BRUCE K. MOGAVERO &
VINCENT REVERDY d/b/a Connected Event
Creation,

                Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 5/2/08

07 Civ. 7112 (RJS) (AJP)

**ORDER OF PARTIAL DISMISSAL
ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on three settlement agreements reached by plaintiffs with defendants: (1) Great American and Paul Blum, (2) Allen Dalton Production, LLC and Allen Dalton, and (3) Carrie Feiner Enterprises LLC and Carrie Feiner (collectively, the "Settling Defendants"), and transcribed by the court reporter on May 2, 2008, and on the stipulation of plaintiffs and the Settling Defendants pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs as against the Settling Defendants, provided, however, that the Court retains jurisdiction to enter the Consent Final Injunctions against the Settling Defendants.

C:\ORD\DISMISS

2

The case remains open as against defendants Cross County, Mogavero and Reverdy.

SO ORDERED.

DATED:  New York, New York
May 2, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Matthew A. Kaplan, Esq.
Alfred L. D'Isernia, Esq.
Joseph Lee Matalon, Esq.
Eric C. Zabicki, Esq.
Vincent Reverdy (Regular & Certified Mail)
Judge Richard J. Sullivan

C:\ORD\DISMISS