USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYONS PARTNERSHIP, L.P., *et al.*,

Plaintiffs,

-v-

GREAT AMERICAN MASQUERADE, *et al.*,

Defendants.

No. 07 Civ. 7112 (RJS)
ORDER TO SHOW CAUSE

RICHARD J. SULLIVAN, District Judge:

On August 9, 2007, plaintiffs commenced the above-entitled action by filing a summons and complaint. Plaintiffs served a copy of the summons and complaint on defendant Cross County Children's Entertainment, Inc. ("CCCE"), on September 6, 2007, and on defendant Bruce K. Mogavero on September 7, 2007. Thereafter, CCCE and Mogavero (collectively, the "CCCE defendants") executed two stipulations with plaintiffs extending the CCCE defendants' time to answer or otherwise respond to the complaint to November 2, 2007. At this time, over five months since the expiration of the time for the CCCE defendants to respond to the complaint, the CCCE defendants have neither answered nor otherwise submitted a response to the complaint. The Clerk of the Court noted the CCCE defendants' default on April 8, 2008.

IT IS HEREBY ORDERED that, within ten (10) business days of the date of this Order, the CCCE defendants shall show cause, in writing, as to why a default judgment should not be entered against them pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Defendants' failure to respond to this Order will result in the entry of a default judgment.

IT IS FURTHER ORDERED that plaintiffs shall serve a copy of this Order on the CCCE defendants forthwith and electronically file proof of service with the Court.

SO ORDERED.

Dated:      New York, New York
            May 8, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE