## PROOF OF SERVICE

John B. Bockwoldt, being duly sworn, deposes and states as follows:

1. The statements made herein are true of my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to this action. My business address is 41 Madison Avenue, 34th Floor, New York, New York 10010.

3. On May 12, 2008, I served the attached **ORDER TO SHOW CAUSE AS TO WHY A DEFAULT JUDGMENT SHOULD NOT BE ENTERED AGAIONST DEFENDANTS CROSS COUNTY CHILDREN'S ENTERTAINMENT, INC. AND BRUCE K MOGAVERO** by Certified Mail, Return Receipt Requested and First Class Mail upon:

   Bruce K. Mogavero, Esq.
   6 Xavier Drive, Suite 705
   Cross County Center
   Yonkers, New York, 10704

   Cross County Children's Entertainment, Inc.
   c/o Bruce K. Mogavero, Esq.
   6 Xavier Drive, Suite 705
   Cross County Center
   Yonkers, New York, 10704

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at New York, New York on this 12th day of May, 2008.

JOHN B. BOCKWOLDT