UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LYONS PARTNERSHIP, L.P.; HIT
ENTERTAINMENT, INC.; GULLANE (DELAWARE)
LLC and THOMAS LICENSING, LLC,

          Plaintiffs,

v.

GREAT AMERICAN MASQUERADE, GAG, GIFT
& GADGET SHOP, INC DBA ABRACADABRA,
PAUL BLUM, ALLEN DALTON PRODUCTIONS,
LLC, ALLEN DALTON, CARRIE FEINER
ENTERPRISES, LLC, CARRIE FEINER, CROSS
COUNTY CHILDREN'S ENTERTAINMENT, INC
D/B/A KID-O-ROBOTICS, BRUCE K. MOGAVERO,
AND VINCENT REVERDY D/B/A CONNECTED
EVENT CREATION

          Defendants.
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/4/08

07 Civ. 7112 (RJS)(AJP)

STIPULATED PERMANENT
INJUNCTION AND ORDER

      Plaintiffs Lyons Partnership, L.P.; HIT Entertainment, Inc.; Gullane (Delaware) LLC and Thomas Licensing, LLC (collectively, "Plaintiffs"), by and through their counsel, and Defendants Great American Masquerade, Gag, Gift & Gadget Shop, Inc d/b/a Abracadabra And Paul Blum (the "Abracadabra Defendants"), by and through their counsel do hereby stipulate and agree to entry of a permanent injunction under Federal Rule of Civil Procedure 65, enjoining and restraining the Abracadabra Defendants, their officers, agents, servants, employees, contractors and/or any individuals, entities or corporations acting in concert with him from:

    A.    Purchasing, distributing, displaying, selling, offering to sell, renting, offering to rent, and/or using unauthorized adult-size costumes depicting Barney®, BJ®, Baby Bop®, Bob the Builder® or Thomas the Tank Engine™ characters for children's entertainment or otherwise;

    B.    Using unauthorized copies of Plaintiffs' copyrights, trademarks, logos or trade dress in the Barney®, BJ®, Baby Bop®, Bob the Builder® or Thomas the Tank Engine™ characters, or any copy or imitation of any of

{A062159.DOC/1}

them in any manner, including, but not limited to advertising, promoting, and/or marketing children's entertainment services; and

C. Passing off any unauthorized adult size costume depicting Barney®, BJ®, Baby Bop®, Bob the Builder® or Thomas the Tank Engine™ characters as genuine products authorized by Plaintiffs.

It is further stipulated and ordered that for a period of three (3) years from the date of this Stipulation, the Abracadabra Defendants shall promptly inform Plaintiffs of any changes of business name, location or ownership status.

It is further stipulated that the Honorable Richard J. Sullivan, United States District Judge or his successor, shall retain jurisdiction to enforce the Settlement Agreement between Plaintiffs and the Abracadabra Defendants.

SO ORDERED: 6/4/08

Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

{A062159.DOC/1}

IT IS SO STIPULATED:

| | |
|---|---|
| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | FORD, MARRIN, ESPOSITO, WITMEYER & GLESER, LLP |

_____  
Toby M.J. Butterfield, Esq.  
Matthew A. Kaplan, Esq.

_____  
Alfred L. D'Isernia, Esq.  
David A. Beke, Esq.

41 Madison Avenue, 34th Floor  
New York, New York 10010  
Telephone: (212) 974-7474  
Facsimile: (212) 974-8474

Wall Street Plaza  
New York, New York 10005-1875  
Telephone: (212) 269-4900  
Facsimile: (212) 344-4294

Attorneys for Plaintiffs

Attorneys for Defendants Great American Masquerade, Gag, Gift & Gadget Shop d/b/a Abracadabra and Paul Blum

Dated: 6/2/08

Date 6/2/08

SO ORDERED

Dated: _____

_____  
HON. ANDREW J. PECK, U.S.M.J.

{A062159.DOC/1}