USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LYONS PARTNERSHIP, L.P.; HIT :
ENTERTAINMENT, INC.; GULLANE (DELAWARE) :
LLC and THOMAS LICENSING, LLC, :
: 07 Civ. 7112 (RJS)(AJP)
Plaintiffs, :
: STIPULATED PERMANENT
v. : INJUNCTION AND ORDER
:
GREAT AMERICAN MASQUERADE, GAG, GIFT :
& GADGET SHOP, INC DBA ABRACADABRA, :
PAUL BLUM, ALLEN DALTON PRODUCTIONS, :
LLC, ALLEN DALTON, CARRIE FEINER :
ENTERPRISES, LLC, CARRIE FEINER, CROSS :
COUNTY CHILDREN'S ENTERTAINMENT, INC :
D/B/A KID-O-ROBOTICS, BRUCE K. MOGAVERO, :
AND VINCENT REVERDY D/B/A CONNECTED :
EVENT CREATION :
:
Defendants. :
------------------------------------X

Plaintiffs Lyons Partnership, L.P.; HIT Entertainment, Inc.; Gullane (Delaware) LLC and Thomas Licensing, LLC (collectively, "Plaintiffs"), by and through their counsel, and Defendants Allen Dalton Productions, LLC and Allen Dalton (the "Dalton Defendants"), by and through their counsel, do hereby stipulate and agree to entry of a permanent injunction under Federal Rule of Civil Procedure 65, enjoining and restraining the Dalton Defendants, their officers, agents, servants, employees, contractors and/or any individuals, entities or corporations acting in concert with them from infringing Plaintiffs' copyrights and trademarks listed in Exhibits A though T of Plaintiffs' Complaint in this action.

SO ORDERED:
_____ 6/9/08
Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

{A062002.DOC/1}

IT IS SO STIPULATED:

| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | MATALON AND SHWEKY, PLLC |
|---|---|
| _____ | _____ |
| Toby M.J. Butterfield, Esq. | Joseph Lee Matalon, Esq. |
| Matthew A. Kaplan, Esq. | |
| | |
| 41 Madison Avenue, 34th Floor | 450 Seventh Avenue, Suite 1409 |
| New York, New York 10010 | New York, New York 10018 |
| Telephone: (212) 974-7474 | Telephone: (212) 244-9000 |
| Facsimile: (212) 974-8474 | Facsimile: (212) 244-4615 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants Allen Dalton Productions, LLC and Allen Dalton |
| | |
| Dated: 6/4/08 | Date June 3, 2008 |

SO ORDERED

Dated: _____

_____
HON. ANDREW J. PECK, U.S.M.J.

{A062002.DOC/1}