Sullivan, J



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED  6/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LYONS PARTNERSHIP, L.P.; HIT
ENTERTAINMENT, INC.; GULLANE (DELAWARE)
LLC and THOMAS LICENSING, LLC,

       Plaintiffs,

   v.

GREAT AMERICAN MASQUERADE, GAG, GIFT
& GADGET SHOP, INC DBA ABRACADABRA,
PAUL BLUM, ALLEN DALTON PRODUCTIONS,
LLC, ALLEN DALTON, CARRIE FEINER
ENTERPRISES, LLC, CARRIE FEINER, CROSS
COUNTY CHILDREN'S ENTERTAINMENT, INC
D/B/A KID-O-ROBOTICS, BRUCE K. MOGAVERO,
AND VINCENT REVERDY D/B/A CONNECTED
EVENT CREATION

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 7112 (RJS)(AJP)

STIPULATED DISMISSAL
WITHOUT PREJUDICE

      WHEREAS, Plaintiffs Lyons Partnership, L.P.; HIT Entertainment, Inc.; Gullane (Delaware) LLC and Thomas Licensing, LLC (collectively, "Plaintiffs") and Defendants Cross County Children's Entertainment, Inc. d/b/a Kid-O-Robics and Bruce K. Mogavero (collectively, "Cross County Defendants") have settled the above-captioned matter; and

      WHEREAS, this Court has ordered entry of a Stipulated Permanent Injunction against the Cross County Defendants;

      IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and the Cross County Defendants, through their counsel, that the Cross County Defendants shall be dismissed without prejudice from Plaintiffs' Complaint pursuant to

{A060887.DOC/1}

Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

**IT IS FURTHER STIPULATED** that the Honorable Richard J. Sullivan, United States District Judge, or his successor shall retain jurisdiction to enforce the Settlement Agreement between Plaintiffs and the Cross County Defendants and the Stipulated Permanent Injunction.

**IT IS SO STIPULATED:**

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

_____
Toby M.J. Butterfield, Esq.
Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile: (212) 974-8474

*Attorneys for Plaintiffs*

Dated: 6/18/08

_____
Bruce K. Mogavero, Esq.

6 Xavier Drive, Suite 705
Cross County Center
Yonkers, New York 10704
Telephone: (914) 969-5514
Facsimile: (914) 969-1630

*Attorney for Cross County Defendants*

Dated: 6/3/08

**SO ORDERED**
Dated: June 18, 2008

_____
HON. R.J. Sullivan, U.S.D.J.

{A060887.DOC/1}