USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/19/08

**Exhibit B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------X

LYONS PARTNERSHIP, L.P.; HIT
ENTERTAINMENT, INC.; GULLANE (DELAWARE)
LLC and THOMAS LICENSING, LLC,

                  Plaintiffs,

       v.

GREAT AMERICAN MASQUERADE, GAG, GIFT
& GADGET SHOP, INC DBA ABRACADABRA,
PAUL BLUM, ALLEN DALTON PRODUCTIONS,
LLC, ALLEN DALTON, CARRIE FEINER
ENTERPRISES, LLC, CARRIE FEINER, CROSS
COUNTY CHILDREN'S ENTERTAINMENT, INC
D/B/A KID-O-ROBOTICS, BRUCE K. MOGAVERO,
AND VINCENT REVERDY D/B/A CONNECTED
EVENT CREATION

                  Defendants.

-------------------------------------------------X

07 Civ. 7112 (RJS)(AJP)

**STIPULATED PERMANENT**
**INJUNCTION AND ORDER**

Plaintiffs Lyons Partnership, L.P.; HIT Entertainment, Inc.; Gullane (Delaware)

LLC and Thomas Licensing, LLC (collectively, "Plaintiffs"), by and through their counsel, and

Defendant Vincent Reverdy d/b/a Connected Event Creation ("Reverdy"), do hereby stipulate

and agree to entry of a permanent injunction under Federal Rule of Civil Procedure 65, enjoining

and restraining Reverdy, his officers, agents, servants, employees, contractors and/or any

individuals, entities or corporations acting in concert with him from:

     A.    Purchasing, distributing, displaying, selling, offering to sell, renting,
         offering to rent, and/or using adult-size costumes depicting Barney®,
         BJ®, Baby Bop®, Bob the Builder® or Thomas the Tank Engine™
         characters for children's entertainment or otherwise;

     B.    Using or inducing others to use Plaintiffs' copyrights, trademarks, logos or
         trade dress, or any copy or imitation of any of them in any manner,
         including, but not limited to advertising, promoting, and/or marketing
         children's entertainment services;

IT IS SO STIPULATED:

COWAN, DEBAETS, ABRAHAMS &
    SHEPPARD LLP

Toby M.J. Butterfield, Esq.
Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile: (212) 974-8474

Attorneys for Plaintiffs

Dated: _____6/18/08_____

SO ORDERED
Dated: __6/18/08__


VINCENT REVERDY D/B/A
CONNECTED EVENT CREATION

Signature

Date____4/15/08____


HON. ___R. J. Sullivan___ U.S.D.J.