UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
LYONS PARTNERSHIP, L.P.; HIT
ENTERTAINMENT, INC.; GULLANE (DELAWARE)
LLC and THOMAS LICENSING, LLC,

        Plaintiffs,

    v.

GREAT AMERICAN MASQUERADE, GAG, GIFT
& GADGET SHOP, INC DBA ABRACADABRA,
PAUL BLUM, ALLEN DALTON PRODUCTIONS,
LLC, ALLEN DALTON, CARRIE FEINER
ENTERPRISES, LLC, CARRIE FEINER, CROSS
COUNTY CHILDREN'S ENTERTAINMENT, INC
D/B/A KID-O-ROBOTICS, BRUCE K. MOGAVERO,
AND VINCENT REVERDY D/B/A CONNECTED
EVENT CREATION

        Defendants.
--------------------------------------------------------------X

07 Civ. 7112 (RJS)(AJP)

STIPULATED DISMISSAL
WITHOUT PREJUDICE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 6/19/08

       WHEREAS, Plaintiffs Lyons Partnership, L.P.; HIT Entertainment, Inc.; Gullane (Delaware) LLC and Thomas Licensing, LLC (collectively, "Plaintiffs"), and Defendant Vincent Reverdy d/b/a Connected Event Creation ("Reverdy") have settled the above-captioned matter; and

       WHEREAS, this Court has ordered entry of a Stipulated Permanent Injunction against Reverdy;

       IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and Reverdy that Reverdy shall be dismissed without prejudice from Plaintiffs' Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

{A0061434.DOC/1}

04/16/2008 12:03 FAX 2123532388          CONNECTED                    ☒001/003

    **IT IS FURTHER STIPULATED** that the Honorable Richard J. Sullivan, United States District Judge or his successor, shall retain jurisdiction to enforce the Settlement Agreement between Plaintiffs and Vincent Reverdy and the Stipulated Permanent Injunction.

**IT IS SO STIPULATED:**

| | |
|---|---|
| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | VINCENT REVERDY D/B/A CONNECTED EVENT CREATION |
| _____ | _____ |
| Toby M.J. Butterfield, Esq.<br>Matthew A. Kaplan, Esq. | Signature |
| 41 Madison Avenue, 34th Floor<br>New York, New York 10010<br>Telephone: (212) 974-7474<br>Facsimile: (212) 974-8474 | Date   4.15.08 |
| Attorneys for Plaintiffs | |

Dated: 6/18/08

**SO ORDERED**

Dated: 6/18/08

HON. R.J. Sullivan, U.S.D.J.

{A061434.DOC/1}