```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08
```

Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LYONS PARTNERSHIP, L.P.; HIT                   :
ENTERTAINMENT, INC.; GULLANE (DELAWARE) :
LLC and THOMAS LICENSING, LLC,                 :
                                               :
                Plaintiffs,                    :   07 Civ. 7112 (RJS)(AJP)
                                               :
        v.                                     :   STIPULATED PERMANENT
                                               :   INJUNCTION AND ORDER
GREAT AMERICAN MASQUERADE, GAG, GIFT           :
& GADGET SHOP, INC DBA ABRACADABRA,            :
PAUL BLUM, ALLEN DALTON PRODUCTIONS,           :
LLC, ALLEN DALTON, CARRIE FEINER               :
ENTERPRISES, LLC, CARRIE FEINER, CROSS         :
COUNTY CHILDREN'S ENTERTAINMENT, INC           :
D/B/A KID-O-ROBOTICS, BRUCE K. MOGAVERO,       :
AND VINCENT REVERDY D/B/A CONNECTED            :
EVENT CREATION                                 :
                                               :
                Defendants.                    :
------------------------------------------------------------X

Plaintiffs Lyons Partnership, L.P.; HIT Entertainment, Inc.; Gullane (Delaware)

LLC and Thomas Licensing, LLC (collectively, "Plaintiffs"), by and through their counsel, and

Defendant Vincent Reverdy d/b/a Connected Event Creation ("Reverdy"), do hereby stipulate

and agree to entry of a permanent injunction under Federal Rule of Civil Procedure 65, enjoining

and restraining Reverdy, his officers, agents, servants, employees, contractors and/or any

individuals, entities or corporations acting in concert with him from:

       A.    Purchasing, distributing, displaying, selling, offering to sell, renting, offering to rent, and/or using adult-size costumes depicting Barney®, BJ®, Baby Bop®, Bob the Builder® or Thomas the Tank Engine™ characters for children's entertainment or otherwise;

       B.    Using or inducing others to use Plaintiffs' copyrights, trademarks, logos or trade dress, or any copy or imitation of any of them in any manner, including, but not limited to advertising, promoting, and/or marketing children's entertainment services;

{A061434.DOC/1}

  C. Passing off, inducing, or enabling others to sell or pass off any adult size costumes as genuine products authorized by Plaintiffs; and

  D. Committing or inducing others to commit any other acts calculated to cause purchasers to believe that Reverdy's adult size costumes are genuine products authorized by Plaintiffs; and

  E. Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner adult size costumes that copy, imitate or embody any of Plaintiffs' copyrights, trademarks, logos or trade dress.

It is further stipulated and ordered that for a period of three (3) years from the date of this Stipulation, Reverdy shall promptly inform Plaintiffs of any changes of business name, location or ownership status.

It is further stipulated that the Honorable Richard J. Sullivan, United States District Judge or his successor, shall retain jurisdiction to enforce the Settlement Agreement between Plaintiffs and Reverdy.

{A061434.DOC/1}

IT IS SO STIPULATED:

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

_____
Toby M.J. Butterfield, Esq.
Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile: (212) 974-8474

Attorneys for Plaintiffs

Dated: 6/18/08

SO ORDERED

Dated: 6/18/08

VINCENT REVERDY D/B/A
CONNECTED EVENT CREATION

_____
Signature

Date 4/15/08

_____
HON. R. J. Sullivan, U.S.D.J.

{A061434.DOC/1}